1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JO ANN ZEPHYR, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAXON MORTGAGE SERVICES INC., a Texas Corporation and DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | Case No. 2:11-CV-02224-MCE-CKD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAXON MORTGAGE SERVICES, INC.'S *EX PARTE* APPLICATION FOR PROTECTIVE ORDER STAYING DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>[*Ex Parte* Application and Declaration of Sara Jasper Epstein submitted concurrently herewith]<br><br>Complaint filed:　7/05/11<br>FAC filed:　　　9/20/11<br><br>Trial date:　　　None set |

A/74837434.1

1  Defendant Saxon Mortgage Services, Inc. ("Saxon") applied *ex parte* to this
2  Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a
3  protective order staying discovery pending this Court's ruling on Saxon's pending
4  Motion to Dismiss (Dkt. 21) (the "*Ex Parte* Application").

5  Having considered all of the papers filed by the parties in connection with
6  the *Ex Parte* Application and any argument of counsel, the Court **ORDERS AS**
7  **FOLLOWS:**

8  Saxon's *Ex Parte* Application is **GRANTED.**
9  Discovery is stayed pending resolution of the motion to dismiss (dkt. no.
10  21).

13  **IT IS SO ORDERED.**

15  Dated: March 22, 2012

_____
CAROLYN K. DELANEY
UNITED STATES
MAGISTRATE JUDGE

21  **Presented by:**
22  BINGHAM MCCUTCHEN LLP

23  By  /s/ Sara Jasper Epstein
24     Bruce A. Friedman
       Sara Jasper Epstein
25   Attorneys for Defendant
   Saxon Mortgage Services, Inc.

A/74837434.1                     -1-

[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR PROTECTIVE
ORDER STAYING DISCOVERY PENDING RULING ON MOTION TO DISMISS