IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JO ANN ZEPHYR,

    Plaintiff,                                   No. CIV S-11-2224 MCE CKD

vs.

SAXON MORTGAGE SERVICES,

    Defendant.                                 <u>ORDER</u>

_____/

        Plaintiff's motion for reconsideration came on regularly for hearing on April 25, 2012 . Douglas McNamara appeared telephonically for plaintiff. Sara Epstein appeared telephonically for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The motion to reconsider (dkt. no. 41) is properly before this court and is granted in part. The stay of discovery previously ordered by the court on March 22, 2012 shall extend only through May 25, 2012. During that time period, plaintiff is allowed to notice depositions of persons most knowledgeable, with depositions to commence after May 25, 2012. The notice of deposition may be accompanied by a subpoena duces tecum.

/////

1

2. During the pendency of the time allowed for discovery in this matter, defendant shall maintain, to the extent available, contact information for any persons in its employ whose employment terminates. Said contact information shall be provided to plaintiff upon request.

Dated: April 25, 2012

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

4
zephyr.oah