BRIAN S. KABATECK, SBN 152054
(bsk@kbklawyers.com)
RICHARD L. KELLNER, SBN 171416
(rlk@kbklawyers.com)
LINA B. MELIDONIAN, SBN 245283
(lm@kbklawyers.com)
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, California 90017
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

RICHARD B. WENTZ, SBN 120380
(rick.wentz@gmail.com)
JEAN M. WENTZ, SBN 139340
(jean.wentz@gmail.com)
THE WENTZ LAW FIRM
2955 East Hillcrest Drive, Suite 123
Thousand Oaks, CA 91362
Telephone: (805) 374-0060
Facsimile: (888) 855-8124

ANDREW N. FRIEDMAN
(afriedman@cohenmilstein.com)
DOUGLAS J. MCNAMARA
(dmcnamara@cohenmilstein.com)
STEFANIE M. RAMIREZ
(sramirez@cohenmilstein.com)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005

Attorneys for Plaintiff, on behalf of herself
and all others similarly situated

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JO ANN ZEPHYR, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v. | Case No.  2:11-CV-02224-MCE-CKD<br><br>**ORDER GRANTING JOINT REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT SAXON MORTGAGE SERVICE, INC.** |

1

| | |
|---|---|
| SAXON MORTGAGE SERVICE, INC., a Texas Corporation, and DOES 1 through 10 inclusive;<br><br>Defendants. | Hon. Morrison C. England, Jr.<br>United States District Judge |

Having reviewed the Joint Request for Dismissal of Complaint Against Saxon Mortgage Service, Inc., the Court hereby ORDERS that all claims of Plaintiff Jo Ann Zephyr, individually and on behalf of herself, are dismissed in their entirety with prejudice.  All parties shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: November 15, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2